## UNITED STATES v. STANTON.

(Circuit Court of Appeals, Second Circuit. March 10, 1898.)

### No. 9.

UNITED STATES ATTORNEYS—COMPENSATION.

Under Rev. St. § 835, a United States attorney is entitled to all the fees and emoluments of his office, when, in addition to the amount of his necessary expenses, they do not exceed $6,000 per annum.

In Error to the Circuit Court of the United States for the District of Connecticut.

This was a petition by Lewis E. Stanton to recover from the United States certain fees claimed to have been earned by him as United States attorney. The court below gave judgment in plaintiff's favor for $1,496.82 (75 Fed. 357), and the United States have appealed.

Chas. W. Comstock, U. S. Atty.

Lewis E. Stanton, for defendant in error.

Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. We agree with the court below that it is the meaning of section 835 of the Revised Statutes of the United States that the United States attorney is entitled to all of the fees and emoluments of his office, when, in addition to the amount of his necessary expenses, they do not exceed the sum of $6,000 per annum. As it now appears that the defendant in error had not received the amount of the items in controversy from the emoluments of his office, the judgment should be affirmed.